## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Laura Toepfer, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, and have been employed with the FBI since December 2021. I am assigned to the Richmond Field Office of the FBI in Richmond, Virginia, and am responsible for conducting criminal investigations pertaining to various violations of federal law. As part of my duties, I have received training regarding the investigation of federal crimes including crimes involving child exploitation. By virtue of my employment with the FBI, I have performed a variety of investigative tasks including conducting arrests and executing Federal search warrants. As a Special Agent, I am an investigative or law enforcement officer within the meaning of 18 U.S.C. § 2510(7).

2. I make this affidavit in support of a criminal complaint charging the following individual, TRAVIS CHRISTIAN WESTPFAHL, with Production of Child Pornography, in violation of 18 U.S.C. § 2251(a), Receipt of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A), and Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is being submitted for the limited purpose to show merely that there is sufficient probable cause for the requested arrest warrant and does not include all of my knowledge about this investigation. I have identified facts that I believe are sufficient to charge WESTPFAHL with the criminal conduct set forth herein.

RECEIVED
MAY - 1 2024
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## RELEVANT STATUTORY PROVISIONS

4. **Production of Child Pornography**: 18 U.S.C. § 2251(a) provides that it is unlawful for any person to persuade, induce, entice, or coerce any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct. Subsection 2251(b) further specifies that it is unlawful for any parent, legal guardian, or person having custody or control of a minor to knowingly permit such minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct.

5. **Receipt of Child Pornography**: 18 U.S.C. § 2252A(a)(2)(A) provides that it is a crime to knowingly receive any child pornography that has been mailed, or using any means or facility of interstate or foreign commerce, shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

6. **Possession of Child Pornography**: 18 U.S.C. § 2252A(a)(5)(B) provides that it is a crime to knowingly possess, or knowingly access with intent to view, any child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

7. **Child pornography or Child abusive material** means any visual depiction, in any format, of sexually explicit conduct where: (A) the production involves the use of a minor engaging in sexually explicit conduct; (B) such visual depiction is a digital or computer-generated image that is substantially indistinguishable from that of a minor engaged in sexually explicit conduct; or (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexual explicit conduct. *See* 18 U.S.C. § 2256(8).

2

8. **Visual depictions** include undeveloped film and videotape, and data stored on computer disk or by electronic means, which are capable of conversion into a visual image, and data which are capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format. *See* 18 U.S.C. § 2256(5).

9. **Minor** means any person under the age of eighteen years. *See* 18 U.S.C. § 2256(1).

10. **Sexually explicit conduct** means actual or simulated: (i) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between persons of the same or opposite sex; (ii) bestiality; (iii) masturbation; (iv) sadistic or masochistic abuse; or (v) lascivious exhibition of the genitals or pubic area of any person. *See* 18 U.S.C. § 2256(2).

## PROBABLE CAUSE

11. In February 2024, the FBI Richmond Field Office received information from the League City Police Department (LCPD) by way of the FBI Houston Field Office – Texas City Resident Agency and Chesterfield County Police Department (CCPD) regarding potential child exploitation matters involving two identified 12-year-old males, and an adult male resident of Mechanicsville, Virginia identified as TRAVIS CHRISTIAN WESTPFAHL (hereinafter WESTPFAHL). Subsequent investigation identified additional child exploitation offenses, one of which involved MINOR VICTIM 1 (hereinafter referred to as MV1,) a 10-year-old male, and WESTPFAHL, as well as other yet unidentified, potential minors.

### Identification of WESTPFAHL and Further Investigation

12. The LCPD received information regarding a 12-year-old minor in their jurisdiction communicating online with an adult male, subsequently identified as WESTPFAHL. The LCPD conducted an investigation in their jurisdiction, to include a forensic interview of the minor and a forensic examination and review of the minor victim's electronic device. During the review of the minor's device, a telephone number belonging to the subject was identified as

3

(828) 979-6974 and a Snapchat account belonging to the subject was identified as username "travtaur".

13. On January 4, 2024, Verizon provided the subscriber information for (828) 979-6974 in response to a subpoena from the LCPD which identified the subscriber as Travis WESTPFAHL, with a listed address of 932 SE Brookedge Ave, Port Saint Lucie, FL, and an additional listed address of 1930 20th Avenue Dr NE Apt 23, Hickory, NC.

14. On January 18, 2024, pursuant to a search warrant obtained by LCPD, Snapchat provided account content for WESTPFAHL's Snapchat account. WESTPFAHL's Snapchat account was verified with email address "travtaur@gmail.com". A review of WESTPFAHL's account revealed approximately 158 chats between WESTPFAHL and various other Snapchat users, to include identified minor victims, as well as other yet unidentified, potential minors.

15. In January 2024, pursuant to a grand jury subpoena obtained by LCPD, Google provided the subscriber information for "travtaur@gmail.com" as follows:

    i. Name: Trav Westpfahl

    ii. Given Name: Trav

    iii. Family Name: Westpfahl

16. Through queries of law enforcement databases, open-source records, and the Virginia (VA) Department of Motor Vehicles (DMV), Agents further identified WESTPFAHL as TRAVIS CHRISTIAN WESTPFAHL, address 6139 Stockade Court, Mechanicsville, Virginia 23111. Previous queries for WESTPFAHL through the Florida DMV listed his address as 932 SE Brookedge Ave, Port Saint Lucie, Florida 34983. The North Carolina (NC) DMV listed WESTPFAHL's previous address as 1930 20th Avenue Drive NE, Apartment 23, Hickory, North Carolina 28601.

17. The communications between the minor and WESTPFAHL found on the minor's device included the minor sending a video to "Trav", titled IMG_0660.MOV, approximately 9

minutes and 54 seconds in length, in which the minor is clearly visible sitting in a chair and masturbating in view of the camera. At one point in the video, the minor appears to put his finger in or around his anus before continuing to masturbate. At the end of the video, the minor walks towards the camera while holding his penis as the focal point of the video. This occurred in a conversation occurring from November 20, 2023, through November 23, 2023.

### Execution of Search Warrants on WESTPFAHL and WESTPFAHL's Residence

18. On April 3, 2024, investigators executed two Federal search warrants on WESTPFAHL's person and his residence located at 6139 Stockade Court, Mechanicsville, Virginia 23111 (3:24SW53 and 3:24SW54). Among other devices, an Apple iPad 9 and Apple iPad Air 2 were seized from WESTPFAHL's residence, and an Apple iPhone 15 Pro was seized from WESTPFAHL's person.

19. Concurrently to the execution of the search warrants, Agents conducted a non-custodial interview of WESTPFAHL. WESTPFAHL had moved to Virginia in approximately January 2024. WESTPFAHL identified his Snapchat account as "travtaur." WESTPFAHL resided alone and acknowledged owning a cellular telephone and an iPad, in addition to other electronic devices.

20. Pursuant to the aforementioned search warrants, investigators examined and reviewed an Apple iPad 9, an Apple iPad Air 2, and an Apple iPhone 15 Pro. Upon review of the devices, investigators observed numerous conversation chains with WESTPFAHL's multiple Snapchat accounts, to include "travtaur", and potential minor victims on Snapchat. Many of these communication chains appeared to follow a similar pattern in which WESTPFAHL befriended the individual, solicited explicit content from the individual, and ultimately ended the interaction by threatening law enforcement involvement or parent notification.

### Review of WESTPFAHL's iPad Air 2

21. Pursuant to the forensic examination of the iPad Air 2, the device name was listed as Travs iPad (2) with associated accounts of t.c.westpfahl@gmail.com, travwestpfahl@gmail.com, and westpfahlt13@yahoo.com.

22. A review of WESTPFAHL's iPad Air 2 identified numerous pictures and videos taken with the iPad Air 2. The pictures and videos depict an iPhone displaying Snapchat messages, pictures, and videos which contain apparent child pornography involving numerous apparent minors. It appears that the iPad is being used to take a photograph of an iPhone displaying the Snapchat content. Numerous such pictures and videos were taken throughout March 2024, showing MV1, with the most recent taken on March 28, 2024.

23. Specifically, IMG_3723.MOV is a video taken on the iPad Air 2 on or about March 28, 2024, approximately one minute and fifteen seconds in length, of an apparent iPhone on which a Snapchat Chat log can be seen. An individual can be seen tapping the chat chain for a specific Snapchat display name. A video of MV1 begins to play in which MV1 can be seen masturbating in view of the camera. At one point in the video, MV1's face can be seen. The video create date is listed as March 28, 2024.

24. Additionally, IMG_3688.JPG is an image taken on the iPad Air 2 of an apparent iPhone displaying a picture within Snapchat of MV1 wearing headphones and a lascivious display of his genitals to the camera. The image created date is listed as March 26, 2024.

### Identification of MINOR VICTIM 1

25. MV1's Snapchat username is visible in the images and videos on the iPad Air 2. A subpoena was served on Snapchat for MV1's account information. An additional subpoena was served for the associated telephone number. The Snapchat return identified the display name for MV1's account as consistent with the display name of the Snapchat account in the aforementioned video. MV1's parents were identified based on the subpoena return for the Snapchat account and telephone number, as well as open source research. Open source research

identified MV1 as being approximately 10 years old. The FBI Charlotte Field Office made contact with MV1's parents and confirmed MV1's identity using non-child pornography images obtained from WESTPFAHL's devices. MV1 is an identified 10-year-old minor.

### Review of WESTPFAHL's iPhone 15

26. Pursuant to the forensic examination of the iPhone 15, the device name was listed as Trav (2), with an owner name of Trav Westpfahl, and associated accounts of t.c.westpfahl@gmail.com and westpfahltrav@gmail.com. The Snapchat account "travtaur" was also observed on the aforementioned device and appeared to have been actively used within the previous months, and as recently as April 2, 2024. "Travtaur" also contained recent communications with MV1's Snapchat account, and numerous other apparent minors.

### CONCLUSION

27. Based on the information detailed above, I respectfully submit there is probable cause to charge TRAVIS CHRISTIAN WESTPFAHL with Production of Child Pornography, in violation of 18 U.S.C. § 2251(a), Receipt of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A), and Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

Respectfully submitted,

*Laura Toepfer*
Laura Toepfer
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on May 1, 2024.

/s/ MRC
Mark R. Colombell
UNITED STATES MAGISTRATE JUDGE